UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

**In Re:**
April Theressa Botello Garcia
Octavio Botello Garcia
Debtors,

**Case Number:** 16-21341-KHT
**Chapter 13**

Land Home Financial Services, Inc.
Movant,
v.
April Theressa Botello Garcia and
Octavio Botello Garcia
and Adam M Goodman,
Respondents.

### MOTION AND NOTICE OF DEFAULT WITH REGARD TO STIPULATION TO RESOLVE MOTION TO DISMISS BANKRUPTCY CASE AND REQUEST FOR ENTRY OF ORDER

**Land Home Financial Services, Inc.** (Movant), by and through undersigned counsel, Randall S. Miller & Associates, P.C., filed this Motion and Notice of Default and requests a dismissal on the following grounds:

1. On July 18, 2018, Movant filed a Motion to Dismiss Bankruptcy Case [docket # 45].

2. The Parties entered into a Stipulation to resolve the matters at issue. The Stipulation was filed on August 30, 2018 at docket #54.

3. The Court entered its Order approving the Stipulation at docket #58.

4. Debtors were to become completely current with their mortgage payments.

5. Debtors have not complied with the terms of the Stipulation by not curing the required, default due and owing from July 2018 through August 2018 in the total amount $4,138.54. Debtors have a suspense balance of $282.24, which makes the total amount due and owing, as of November 30, 2018, $3,856.30.

6. Pursuant to paragraph 5 of the Stipulation, Movant sent a 10 day letter for default to debtor and their counsel, a copy of which are attached hereto as "Exhibit 1" and incorporated herein by reference. This letter provided notice and opportunity to cure the total default of $3,866.86.

7. Debtors have failed to completely cure their default.

8. Pursuant to paragraph 5 of the Stipulation, "If the default is not cured within ten (10) days from date of the written notice, Land Home Financial Services, Inc. shall be entitled to immediate dismissal <u>without further notice or hearing</u>…"

**WHEREFORE**, Movant respectfully requests the Court enter an Order Dismissing the Bankruptcy Case or and relief as the Court deems just and proper.

DATED: December 14, 2018          Respectfully Submitted
                                                               Randall S. Miller & Associates, P.C.

/s/ David W. Drake
Scott D. Toebben, Atty. Reg No. 19011
David W. Drake, Atty. Reg No. 43315
216 16th Street, Suite 1210
Denver, CO 80202
720-259-6710
stoebben@rsmalaw.com
ddrake@rsmalaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

**In Re:**
April Theressa Botello Garcia  **Case Number:** 16-21341-KHT
Octavio Botello Garcia  **Chapter 13**
Debtors,

Land Home Financial Services, Inc.
Movant,
v.
April Theressa Botello Garcia and
Octavio Botello Garcia
and Adam M Goodman,
Respondents.

**ORDER DISMISSING BANKRUPTCY CASE AFTER**
**UNCURED DEFAULT UNDER STIPULATION**

Movant, Land Home Financial Services, Inc., has filed herein a Motion and Notice of Default with Regard to Stipulation to Resolve Motion to Dismiss and Request for Entry of Order relating to a Stipulation previously filed and approved by this Court regarding Debtors' property located at 3576 E 140th Drive, Thornton, CO 80602 (the "Property").

**THIS COURT** being duly advised, hereby orders that the dismissal sought by the application should be granted.

Dated: _____, 2018.

**BY THE COURT**

_____
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

**In Re:**
April Theressa Botello Garcia         **Case Number:** 16-21341-KHT
Octavio Botello Garcia                **Chapter 13**
Debtor(s),

Land Home Financial Services, Inc.
Movant,
v.
April Theressa Botello Garcia and
Octavio Botello Garcia
and Adam M Goodman,
Respondents,

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of Motion and Notice of Default to which this certificate is attached, was mailed by U.S. Mail, first class postage prepaid, on December 14, 2018 addressed to:

| Debtors | Debtors' Attorney | Chapter 13 Trustee |
|---|---|---|
| April Theressa Botello Garcia | Howard S. Goodman | Adam M Goodman |
| Octavio Botello Garcia | 7535 E. Hampden Ave. | P.O. Box 1169 |
| 3576 E 140th Drive | Ste. 520 | Denver, CO 80201 |
| Thornton, CO 80602-8835 | Denver, CO 80231 | |

    via first class mail, with proper postage affixed thereto to the Debtor(s), and via the Court's CM-ECF electronic filing system to the Debtors' Attorney and Chapter 13 Trustee

**RANDALL S. MILLER & ASSOCIATES, P.C.**
/s/ Cassandra McLone
For Attorneys for Movant
The original signed document is on file at the offices of Randall S. Miller & Associates, P.C.

**RANDALL S. MILLER & ASSOCIATES**

Colorado Office
216 16th Street, Suite 1210
Denver, CO 80202
Phone: (720) 259-6710

EXHIBIT 1

**NOTICE OF DEFAULT**
*Pursuant to Approved Stipulation to Resolve Motion to Dismiss Bankruptcy Case*

Date: November 8, 2018

To: April Theressa Botello Garcia, 3576 E 140th Drive, Thornton, CO 80602
Octavio Botello Garcia, 3576 E 140th Drive, Thornton, CO 80602
Howard S. Goodman, 7535 E. Hampden Ave., Ste. 520, Denver, CO 80231

Re: Land Home Financial Services, Inc.
Chapter 13: 16-21341-KHT
Our File #: 16CO00616
Property Address: 3576 E 140th Drive, Thornton, CO 80602

To Whom It May Concern:

**PLEASE BE ADVISED** this letter represents a notice to you pursuant to the agreed upon terms of the Stipulation to Resolve Motion to Dismiss Bankruptcy Case filed in your bankruptcy case.

We represent Land Home Financial Services, Inc. in the above mentioned case. My firm has been notified by my client that you have not complied with the terms of the Court Approved Stipulation to Resolve Motion to Dismiss Bankruptcy Case. Per the order entered on September 4, 2018, you were to cure the post-petition arrearage in the total amount of $4,138.54 by September 30, 2018. As of November 18, 2018, you still owe **$3,866.86**.

**You have 10 days from the date of this letter to cure such default and provide proof of cure to the undersigned.**

In the event a payment in the amount stated above is not received by **Land Home Financial Services, Inc., 1 Corporate Drive, suite 360, Lake Zurich, IL 60047** along with proof of cure received by the undersigned at the address below, an order for relief may be obtained permitting my client to foreclose its Deed of Trust.

Sincerely,

David W. Drake, Attorney
Randall S. Miller & Associates, LLC
216 16th Street, Suite 1210
Denver, CO 80202
(720) 259-6710
ddrake@rsmalaw.com