# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:  APRIL THERESSA BOTELLO GARCIA                                      Case No.:  16-21341 KHT
OCTAVIO BOTELLO GARCIA
      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ADAM M GOODMAN - CHAPTER 13 TRUSTEE, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  11/18/2016.
2)  The plan was confirmed on  02/28/2017.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  08/11/2017.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  07/18/2018, 09/27/2018.
5)  The case was dismissed on  12/17/2018.
6)  Number of months from filing or conversion to last payment: 25.
7)  Number of months case was pending: 31.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  142,844.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $4,380.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $4,380.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $399.30 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $399.30 |

Attorney fees paid and disclosed by debtor:          $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN HONDA FINANCE | Unsecured | NA | 13,113.58 | 17.01 | 17.01 | .00 |
| AMERICAN HONDA FINANCE | Unsecured | NA | 3,271.08 | 3,271.08 | .00 | .00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 10.21 | 10.21 | .00 | .00 |
| BECKET & LEE LLP | Unsecured | NA | 463.88 | 463.88 | .00 | .00 |
| BUDGET CONTROL SVCS | Unsecured | 294.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 4,182.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | Secured | 11,910.00 | NA | NA | .00 | .00 |
| CHASE CARD SVCS | Unsecured | 1,717.00 | NA | NA | .00 | .00 |
| CLASS FOUR CREDITORS | Unsecured | NA | 4,029.00 | 4,029.00 | .00 | .00 |
| COLO DEPT OF REVENUE | Priority | 971.00 | NA | NA | .00 | .00 |
| COLORADO DEPT OF REVENUE | Priority | NA | 726.00 | 726.00 | 726.00 | .00 |
| COLORADO DEPT OF REVENUE | Unsecured | NA | 374.00 | 374.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:  APRIL THERESSA BOTELLO GARCIA                                         Case No.:  16-21341 KHT
       OCTAVIO BOTELLO GARCIA
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| E 470 PUBLIC HIGHWAY AUTHORITY | Unsecured | NA | 2,436.36 | 2,436.36 | .00 | .00 |
| E470 PUBLIC AUTHOR | Unsecured | 770.90 | NA | NA | .00 | .00 |
| ECMC | Unsecured | NA | 20,057.84 | 20,057.84 | .00 | .00 |
| HONDA FINANCIAL | Secured | 14,368.00 | NA | NA | .00 | .00 |
| HSBC BANK | Unsecured | 6,734.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 370.26 | 370.26 | .00 | .00 |
| JP MORGAN CHASE BANK NA | Secured | NA | 199.11 | .00 | .00 | .00 |
| KOHLS | Unsecured | 463.88 | NA | NA | .00 | .00 |
| LAND HOME FINANCIAL | Secured | 288,000.00 | NA | NA | .00 | .00 |
| LAND HOME FINANCIAL SERVICES | Secured | NA | 4,855.82 | 4,856.00 | 3,237.69 | .00 |
| LINEBARGER GOGGAN BLAIR | Unsecured | 5,121.85 | NA | NA | .00 | .00 |
| MEDICREDIT | Unsecured | 70.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 604.55 | 604.55 | .00 | .00 |
| MIDLAND CREDIT MGMT | Unsecured | 604.55 | NA | NA | .00 | .00 |
| NAVIENT SOLUTIONS | Unsecured | 27,286.00 | NA | NA | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 2,610.89 | 2,610.89 | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 6,522.17 | 6,522.17 | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 5,736.63 | 5,736.63 | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 6,081.65 | 6,081.65 | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 6,484.13 | 6,484.13 | .00 | .00 |
| PA HIGHER ED ASSIST | Unsecured | 24,755.14 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,225.72 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 4,225.72 | 4,225.72 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 4,294.09 | 4,294.09 | .00 | .00 |
| VERIZON WIRELESS | Unsecured | 370.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | Unsecured | NA | 533.53 | 533.53 | .00 | .00 |
| WELLS FARGO CARD SERVICES | Unsecured | NA | 9,208.19 | 9,208.19 | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

In re:  APRIL THERESSA BOTELLO GARCIA
OCTAVIO BOTELLO GARCIA
    Debtor(s)

Case No.:  16-21341 KHT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FRAGO CARD SVCS | Unsecured | 9,041.85 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 4,856.00 | 3,237.69 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,856.00 | 3,237.69 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 726.00 | 726.00 | .00 |
| **TOTAL PRIORITY:** | 726.00 | 726.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 77,331.19 | 17.01 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $399.30 |
| Disbursements to Creditors: | $3,980.70 |
| **TOTAL DISBURSEMENTS:** | $4,380.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   06/12/2019

By:   /s/ADAM M GOODMAN - CHAPTER 13 TRU
    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.